**Daryl L. GREENE, Appellant,**

v.

**LONDON HARNESS & CABLE.**

No. 01–1191.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) April 8, 2002.

Filed April 15, 2002.

Before McKEE, BARRY, Circuit Judges, and ALARCON, Senior Circuit Judge.

**30**

## OPINION OF THE COURT

McKEE, Circuit Judge.

Daryl Greene appeals the order of the district court dismissing his complaint against the defendant with prejudice pursuant to *Poulis v. State Farm Fire & Casualty Co.*, 747 F.2d 863, 868 (3d Cir. 1984). For the reasons that follow, we will affirm.

Inasmuch as we write only for the parties who are aware of the circumstances and background of the litigation, we will not reiterate those facts except as maybe necessary to our brief discussion. In its Findings of Fact and Conclusions of Law filed December 21, 2000, the district court set forth its reasoning for imposing the sanction of dismissal based upon counsel's derelictions in this matter. We will affirm the dismissal substantially for the reasons set forth therein. We do not believe the district court's findings are clearly erroneous, and we conclude that those findings support the sanction which the court selected under Poulis. We also conclude that the district court's Memorandum Order dated April 4, 2001 explaining why it was unwilling to reconsider its dismissal adequately explains the court's actions and its reasons for refusing to reconsider its ruling. Accordingly, for the reasons set forth in the court's Findings of Facts, Conclusions of Law and Memorandum Order, we will affirm.